Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−28225−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gary Gallemore
   36 Heath Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−7197

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/22/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 22, 2017
JAN: ckk

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                               District of New Jersey
In re:                                                            Case No. 17-28225-KCF
Gary Gallemore                                                    Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 1        Date Rcvd: Sep 22, 2017
                              Form ID: 148             Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2017.
db           +Gary Gallemore,    36 Heath Lane,    Willingboro, NJ 08046-1720
517055306    +Caliber Home Loans,    PO Box 24610,    Oklahoma City, OK 73124-0610
517055311    +PSEG,   80 Park Plaza,    Newark, NJ 07102-4194
517055310    +PSEG,   80 Park Plaza T5D,    Newark, NJ 07102-4109
517055308    +PSEG,   PO Box 14444,    New Brunswick, NJ 08906-4444
517055307     PSEG,   PO Box 14104,    New Brunswick, NJ 08906-4104
517055313    +Township of Willingboro,    1 Rev Dr. M.L. King Jr. Drive,    Willingboro, NJ 08046-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 22 2017 22:40:52      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 22 2017 22:40:47      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517055305    +EDI: GMACFS.COM Sep 22 2017 22:28:00      Ally Financial,   200 Renaissance Ctr,
               Detroit, MI 48243-1300
517055309     E-mail/Text: bankruptcy@pseg.com Sep 22 2017 22:39:59      PSEG,   PO Box 790,
               Cranford, NJ 07016-0790
517055312    +E-mail/Text: bankruptcy@pseg.com Sep 22 2017 22:39:59      PSEG,   20 Commerce Drive,
               Cranford, NJ 07016-3617
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Avram D White    on behalf of Debtor Gary  Gallemore clistbk3@gmail.com,
               adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com
              Denise E. Carlon    on behalf of Creditor   U.S. Bank Trust, N.A., as Trustee for LSF8 Master
               Participation Trust dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```